# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

KEVIN POUNDS

VERSUS

SGT. CHARLES MORRIS AND
STATE OF LOUISIANA THROUGH
LOUISIANA DEPARTMENT OF
PUBLIC SAFETY AND
CORRECTIONS RAYBURN
CORRECTIONAL CENTER

NO.  2019 CW 0791

OCT 1 8 2019

---

In Re:    State of Louisiana, through the Louisiana Department of Public Safety & Corrections, Rayburn Correctional Center, and Sgt. Charles Morris, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 112955.

---

BEFORE:    McCLENDON, WELCH, AND HOLDRIDGE, JJ.

**WRIT DENIED.**

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT